IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MORTEZA EMAMI,<br><br>                    Plaintiff,<br><br>vs.<br><br>WEBER STATE UNIVERSITY; BRETT PEROZZI, in his official capacity and individually; CYNTHIA GIBSON, in her official capacity and individually; JANET WINNIFORD, in her official capacity and individually,<br><br>                    Defendants. | ORDER OF DISMISSAL<br><br><br>Case No. 1:14-cv-00086<br><br><br>Magistrate Judge Evelyn J. Furse |

BASED UPON the Parties' Stipulated Motion and for good cause appearing, it is hereby ordered that the Parties' Stipulated Motion to Dismiss with prejudice is GRANTED. The Plaintiff's complaint is dismissed with prejudice. Parties are to bear their own costs and fees.

DATED this 24th day of August, 2015.

                                                  BY THE COURT:

                                                  EVELYN J. FURSE<br>
                                                  United States Magistrate Judge